| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MSR Resort Golf Course LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**PGA West; Citrus Club** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**26-0647388** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**c/o CNL-AB LLC**<br>**1251 Avenue of the Americas**<br>**New York, New York**    ZIP CODE **10020** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**New York County, New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

#### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

#### Nature of Debts
(Check **one** box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check **one** box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

**THIS SPACE IS FOR COURT USE ONLY**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors (**on a consolidated basis**)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Estimated Assets (**on a consolidated basis**)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Estimated Liabilities (**on a consolidated basis**)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**MSR Resort Golf Course LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>  **See attached Schedule 1** | Case Number: | Date Filed: |
| District:<br>  **Southern District of New York** | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **MSR Resort Golf Course LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   Date

### Signature of Attorney*

X */s/ Paul M. Basta*
   Signature of Attorney for Debtor(s)

**Paul M. Basta**
   Printed Name of Attorney for Debtor(s)

**Kirkland & Ellis LLP**
   Firm Name

**601 Lexington Avenue**
**New York, New York 10022**
   Address

**(212) 446-4800**
   Telephone Number

**February 1, 2011**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Daniel Kamensky*
   Signature of Authorized Individual

**Daniel Kamensky**
   Printed Name of Authorized Individual

**Authorized Signatory**
   Title of Authorized Individual

**February 1, 2011**
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form of each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Schedule 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the affiliated debtors listed below (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Court"). The Debtors are simultaneously filing a motion with the Court requesting joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to MSR Resort Golf Course LLC.

| Debtor | Case Number | Date Filed |
|---|---|---|
| MSR Resort Golf Course LLC | 11-_____ (___) | February 1, 2011 |
| MSR Biltmore Resort, LP | 11-_____ (___) | February 1, 2011 |
| MSR Claremont Resort, LP | 11-_____ (___) | February 1, 2011 |
| MSR Desert Resort, LP | 11-_____ (___) | February 1, 2011 |
| MSR Grand Wailea Resort, LP | 11-_____ (___) | February 1, 2011 |
| MSR Resort Ancillary Tenant, LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Biltmore Real Estate, Inc. | 11-_____ (___) | February 1, 2011 |
| MSR Resort Desert Real Estate, Inc. | 11-_____ (___) | February 1, 2011 |
| MSR Resort Hotel, LP | 11-_____ (___) | February 1, 2011 |
| MSR Resort Intermediate Mezz GP, LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Intermediate Mezz LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Intermediate Mezz, LP | 11-_____ (___) | February 1, 2011 |
| MSR Resort Intermediate MREP, LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Lodging Tenant, LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort REP, LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Senior Mezz GP, LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Senior Mezz LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Senior Mezz, LP | 11-_____ (___) | February 1, 2011 |
| MSR Resort Senior MREP, LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Silver Properties, LP | 11-_____ (___) | February 1, 2011 |
| MSR Resort SPE GP II LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort SPE GP LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Sub Intermediate Mezz GP, LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Sub Intermediate Mezz LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Sub Intermediate Mezz, LP | 11-_____ (___) | February 1, 2011 |
| MSR Resort Sub Intermediate MREP, LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Sub Senior Mezz GP, LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Sub Senior Mezz LLC | 11-_____ (___) | February 1, 2011 |
| MSR Resort Sub Senior Mezz, LP | 11-_____ (___) | February 1, 2011 |
| MSR Resort Sub Senior MREP, LLC | 11-_____ (___) | February 1, 2011 |

## ACTION BY JOINT WRITTEN CONSENT OF THE SOLE MEMBER
## AND THE BOARD OF MANAGERS
## OF EACH OF THE ENTITIES LISTED
## ON SCHEDULE A HERETO
### January 31, 2011

Pursuant to Sections 18-302(d) and 18-404(d) of the
Delaware Limited Liability Company Act

The undersigned, being the sole member (the "Sole Member"), as applicable, and all the members of the board of managers (the "Board of Managers"), of each of the Delaware limited liability companies listed on Schedule A hereto (collectively, the "Companies" and each a "Company"), acting by written consent without a meeting pursuant to Section 18-302(d) and Section 18-404(d) of the Delaware Limited Liability Company Act, hereby consent to the adoption of the following resolutions.

## FILING OF BANKRUPTCY PETITION

**RESOLVED**, that each Sole Member and each Board of Managers of each of the Companies has determined, based upon current events and after consultation with counsel and a financial advisor, that it is desirable and in the best interests of each Company (i) that a petition be filed by each Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and (ii) to consent to and approve, to the extent deemed necessary, the filing of voluntary petitions for relief under the Bankruptcy Code by any of the Company's direct or indirect subsidiaries;

**FURTHER RESOLVED**, that a petition under chapter 11 of the Bankruptcy Code ("Chapter 11") shall be filed on behalf of each of the Companies by the President, Vice President, Treasurer, Assistant Treasurer, Secretary and/or Assistant Secretary of each of the Companies, as applicable or any manager (other than any so-called "independent manager") or other officer of each of the Companies (collectively, the "Authorized Officers" and each an "Authorized Officer"), or any Authorized Officer acting singly, and the same is hereby authorized and approved in all respects, and each Authorized Officer is hereby authorized, directed and empowered, on behalf of and in the name of each Company, as applicable, to execute and verify such petition and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York or such other federal court of competent jurisdiction that such Authorized Officer shall deem necessary, appropriate or desirable (the "Bankruptcy Court");

**FURTHER RESOLVED**, that each Authorized Officer is hereby authorized, directed and empowered, on behalf of and in the name of each Company, as applicable, to negotiate, execute and file a cash collateral motion and related order on such terms and conditions that such Authorized Officer may consider necessary, appropriate or desirable; and

**FURTHER RESOLVED**, that each Authorized Officer is hereby authorized, directed and empowered to execute, verify and/or file, or cause to be executed, verified and/or filed, all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, pleadings, lists, statements of financial affairs and other papers and to take any and all actions that such Authorized Officer shall deem necessary, appropriate or desirable in connection with the proceedings under the Bankruptcy Code.

## APPOINTMENT OF PROFESSIONALS

**RESOLVED**, that the law firm of Kirkland & Ellis LLP is hereby retained as legal counsel for each of the Companies, in connection with the commencement and maintaining of such proceedings and any other

matters in connection therewith, and each Authorized Officer is hereby authorized, directed and empowered to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Kirkland & Ellis LLP;

**FURTHER RESOLVED**, that the firm of Houlihan Lokey Capital, Inc. is hereby retained as financial advisor to each of the Companies, in connection with the commencement and maintaining of such proceedings and any other matters in connection therewith, and each Authorized Officer is hereby authorized, directed and empowered to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Houlihan Lokey Capital, Inc.;

**FURTHER RESOLVED**, that each Authorized Officer is hereby authorized, directed and empowered, on behalf of and in the name of, each Company, as applicable, to retain and employ such attorneys, investment bankers, accountants, restructuring professionals, experts, advisors and other professionals to assist in the Chapter 11 case on such terms as are deemed necessary, appropriate or desirable; and

**FURTHER RESOLVED**, that the Authorized Officers and any employees, agents, attorneys, investment bankers, accountants, advisors and other professionals designated by or directed by any such Authorized Officers, be, and each hereby is, authorized, directed and empowered on behalf of, and in the name of, each Company, as applicable, to cause each Company and such of their affiliates as management deems appropriate to file such other authorized agreements, instruments and documents as may be necessary, appropriate or desirable in connection with the Chapter 11 case and to make such authorized motions and other filings with the Bankruptcy Court, and do all other things, as may be or become necessary, appropriate or desirable for the successful prosecution of the case.

## GENERAL AUTHORIZATION; ADDITIONAL RESOLUTIONS

**RESOLVED**, that, consistent with the foregoing resolutions, each Authorized Officer is hereby authorized, directed and empowered, in such Authorized Officer's discretion, on behalf of and in the name of each Company, as applicable, to (i) prepare, execute and deliver or cause to be prepared, executed and delivered, and where necessary, appropriate or desirable, file or cause to be filed with the appropriate governmental authorities, all other agreements, instruments and documents, including but not limited to all certificates, contracts, bonds, receipts or other papers, (ii) incur and pay or cause to be paid all fees, expenses and taxes, including without limitation, legal fees and expenses, (iii) engage such

persons as such Authorized Officer shall in his judgment determine to be necessary, appropriate or desirable, and (iv) do any and all other acts and things as such Authorized Officer deems necessary, appropriate or desirable to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby (and the doing of any such act or thing shall be conclusive evidence that the same is deemed necessary, appropriate or desirable); and

**FURTHER RESOLVED**, that any and all actions heretofore or hereafter taken in the name and on behalf of each Company, as applicable, by the Board of Managers, any Authorized Officer or any employee, agent, attorney, investment banker, accountant, advisor or other professional designated by or directed by the Board of Managers or any Authorized Officer in connection with or related to the matters set forth in or contemplated by the foregoing resolutions be, and they hereby are, adopted, confirmed, approved and ratified in all respects as the acts and deeds of each Company, as applicable.

**IN WITNESS WHEREOF**, the undersigned, constituting the Sole Member and all the members of the Board of Managers of each Company, as applicable, have executed this Action by Written Consent as of the date indicated above.

**MSR RESORT JUNIOR MEZZ LLC,**
as Sole Member of MSR Resort Sub Intermediate Mezz LLC

By: _____
Name: Daniel Kamensky
Title: Manager, Secretary & Treasurer

**MSR RESORT SUB INTERMEDIATE MEZZ LLC,**
as Sole Member of MSR Resort Intermediate Mezz LLC

By: _____
Name: Daniel Kamensky
Title: Manager, Secretary & Treasurer

**MSR RESORT INTERMEDIATE MEZZ LLC,**
as Sole Member of MSR Resort Sub Senior Mezz LLC

By: _____
Name: Daniel Kamensky
Title: Manager, Secretary & Treasurer

**MSR RESORT SUB SENIOR MEZZ LLC,**
as Sole Member of MSR Resort Senior Mezz LLC

By: _____
Name: Daniel Kamensky
Title: Manager, Secretary & Treasurer

**MSR RESORT SENIOR MEZZ LLC,**
as Sole Member of MSR Resort SPE GP LLC

By: _____
Name: Daniel Kamensky
Title: Manager, Secretary & Treasurer

**MSR RESORT SPE GP LLC,**
as Sole Member of MSR Resort Golf Course LLC

By: _____
Name: Daniel Kamensky
Title: Manager, Secretary & Treasurer

**MSR HOSPITALITY SERVICES, INC.,**
as Sole Member of MSR Resort Ancillary Tenant, LLC

By: _____
Name: Daniel Kamensky
Title: Director, Secretary & Treasurer

**MSR HOSPITALITY SERVICES, INC.,**
as Sole Member of MSR Resort Lodging Tenant, LLC

By: _____
Name: Daniel Kamensky
Title: Director, Secretary & Treasurer

**MSR RESORT JUNIOR MREP, LLC,**
as Sole Member of MSR Resort Sub Intermediate MREP, LLC

By: _____
Name: Daniel Kamensky
Title: Manager, Secretary & Treasurer

**MSR RESORT SUB INTERMEDIATE MREP, LLC,**
as Sole Member of MSR Resort Intermediate MREP, LLC

By: _____
Name: Daniel Kamensky
Title: Manager, Secretary & Treasurer

**MSR RESORT INTERMEDIATE MREP, LLC,**
as Sole Member of MSR Resort Sub Senior MREP, LLC

By: _____
Name: Daniel Kamensky
Title: Manager, Secretary & Treasurer

**MSR RESORT SUB SENIOR MREP, LLC,**
as Sole Member of MSR Resort Senior MREP, LLC

By: _____
Name: Daniel Kamensky
Title: Manager, Secretary & Treasurer

**MSR RESORT SENIOR MREP, LLC,**
as Sole Member of MSR Resort REP, LLC

By: _____
Name: Daniel Kamensky
Title: Manager, Secretary & Treasurer


**MSR RESORT SENIOR MEZZ, LP,**
as Sole Member of MSR Resort SPE GP II, LLC

By: MSR Resort Senior Mezz GP, LLC

    By: _____
    Name: Daniel Kamensky
    Title: Manager, Secretary & Treasurer


**MSR RESORT JUNIOR MEZZ, LP,**
as Sole Member of MSR Resort Sub Intermediate Mezz GP, LLC

By: MSR Resort Junior Mezz GP, LLC

    By: _____
    Name: Daniel Kamensky
    Title: Manager, Secretary & Treasurer


**MSR RESORT SUB INTERMEDIATE MEZZ, LP,**
as Sole Member of MSR Resort Intermediate Mezz GP, LLC

By: MSR Resort Sub Intermediate Mezz GP, LLC

    By: _____
    Name: Daniel Kamensky
    Title: Manager, Secretary & Treasurer


**MSR RESORT INTERMEDIATE MEZZ, LP,**
as Sole Member of MSR Resort Sub Senior Mezz GP, LLC

By: MSR Resort Intermediate Mezz GP, LLC

    By: _____
    Name: Daniel Kamensky
    Title: Manager, Secretary & Treasurer

**MSR RESORT SUB SENIOR MEZZ, LP,**
as Sole Member of MSR Resort Senior Mezz GP, LLC

By:    MSR Resort Sub Senior Mezz GP, LLC

      By: _____
      Name: Daniel Kamensky
      Title:  Manager, Secretary & Treasurer

**BOARD MEMBERS/INDEPENDENT MANAGERS:**

Name:  Michael Barr
Title:   Manager

Name:  Daniel Kamensky
Title:   Manager

Name:  Mohsin Y. Meghji
Title:   Manager

Name:  Jonathan Shumaker
Title:   Manager

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

**BOARD MEMBERS/INDEPENDENT MANAGERS:**

Name: Michael Barr
Title: Manager

Name: Daniel Kamensky
Title: Manager

Name: Mohsin Y. Meghji
Title: Manager

Name: Jonathan Shumaker
Title: Manager

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

**BOARD MEMBERS/INDEPENDENT MANAGERS**:

_____
Name: Michael Barr
Title: Manager


_____
Name: Daniel Kamensky
Title: Manager

_____
Name: Mohsin Y. Meghji
Title: Manager


_____
Name: Jonathan Shumaker
Title: Manager


[SIGNATURES CONTINUE ON FOLLOWING PAGE]

**BOARD MEMBERS/INDEPENDENT MANAGERS**:

Name: Michael Barr
Title:  Manager


Name: Daniel Kamensky
Title:  Manager


Name: Mohsin Y. Meghji
Title:  Manager


Name: Jonathan Shumaker
Title:  Manager


[SIGNATURES CONTINUE ON FOLLOWING PAGE]

_Michelle A. Dreyer_ (signature)

Name: Michelle A. Dreyer
Title:  Independent Manager

_____

Name: Dwight Coots
Title:  Independent Manager

_____

Name: Sean Syslo
Title:  Independent Manager

_____

Name: Kevin Greaney
Title:   Independent Manager

_____

Name: Robert Gorse
Title:  Independent Manager

_____

Name: Valerie Alerte
Title:  Independent Manager

---

Name: Michelle A. Dreyer
Title:   Independent Manager

---

Name: Dwight Coots
Title:   Independent Manager

---

Name: Sean Syslo
Title:   Independent Manager

---

Name: Kevin Greaney
Title:   Independent Manager

---

Name: Robert Gorse
Title:   Independent Manager

---

Name: Valerie Alerte
Title:   Independent Manager

## SCHEDULE A

MSR Resort Sub Intermediate Mezz LLC
MSR Resort Intermediate Mezz LLC
MSR Resort Sub Senior Mezz LLC
MSR Resort Senior Mezz LLC
MSR Resort SPE GP LLC
MSR Resort Golf Course LLC
MSR Resort Sub Intermediate MREP, LLC
MSR Resort Intermediate MREP, LLC
MSR Resort Sub Senior MREP, LLC
MSR Resort Senior MREP, LLC
MSR Resort REP, LLC
MSR Resort Ancillary Tenant, LLC
MSR Resort Lodging Tenant, LLC
MSR Resort Sub Intermediate Mezz GP, LLC
MSR Resort Intermediate Mezz GP, LLC
MSR Resort Sub Senior Mezz GP, LLC
MSR Resort Senior Mezz GP, LLC
MSR Resort SPE GP II, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MSR RESORT GOLF COURSE LLC, | ) Case No. 11-[_____] (___) |
| | ) |
| Debtor. | ) |
| | ) |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE
## 30 LARGEST UNSECURED CLAIMS

On the date hereof, the above-captioned debtor and affiliated debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The following is a consolidated list of the Debtors' creditors holding the thirty (30) largest unsecured claims (the "Consolidated Creditor List") based on the Debtors' unaudited books and records as of the petition date. The Consolidated Creditor List has been prepared for filing in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure.

The Consolidated Creditor List does not include (i) persons who come within the definition of "insider" set forth in section 101(31) of the Bankruptcy Code or (ii) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty 30 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, the information herein does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim at a later date.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM<br><br>*(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM<br><br>*(if secured, also state value of security)* |
|---|---|---|---|---|
| 1. | Hilton Hotels Corporation<br>c/o Hilton Chicago<br>720 South Michigan Avenue<br>Chicago, Illinois<br>Tel: 312-294-6801<br>Fax: 312-431-6940<br>Attn: Tim Benolken | Contract | Unliquidated | $13,401,290.82 |
| 2. | Miller Buckfire<br>601 Lexington Avenue<br>22nd Floor<br>New York, New York 10022<br>Tel: 212-895-1868<br>Fax: 212-895-1862<br>Attn: Steven W. Bremer | Contract | Contingent<br>Unliquidated<br>Disputed | $8,063,447.30 |
| 3. | Marriott International<br>Manager of Global Finance Services<br>10400 Fernwood Road<br>Bethesda, Maryland 20817<br>Tel: 301-380-2353<br>Fax: 301-380-3967<br>Attn: Nathan Jones | Contract | Unliquidated | $7,541,067.00 |
| 4. | Specialty Risk Services, LLC<br>55 Farmington Avenue<br>Suite 501<br>Hartford, Connecticut 06105<br>Tel: 860-547-6455<br>Fax: 866-879-4777<br>Attn: Jason A. Ferraro | Insurance | Unliquidated | $4,388,241.66 |
| 5. | Crowne Point Partners, LLC<br>17700 SW Upper Boones Ferry Road<br>Suite 100<br>Portland, Oregon 97224<br>Tel: 503-670-9300<br>Fax: 503-670-9400<br>Attn: Mark E. Rockwell | Membership Deposit | Unliquidated | $1,750,000.00 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 6. | Amway<br>7575 Fulton Street East<br>Mailcode 77-3 D<br>Ada, Michigan 49355-0001<br>Tel: 616-787-7684<br>Fax: 616-787-5537<br>Attn: Pam Huver | Advance Deposit | Unliquidated | $1,456,831.84 |
| 7. | Kerry William Rose & Elizabeth Erene Evers-Rose<br>2626 East Arizona Biltmore Circle, Unit #7<br>Phoenix, Arizona 85016<br>Tel: 602-321-9242<br>Fax: 602-224-0805<br>Attn: Kerry William Rose & Elizabeth Erene Evers-Rose | Contract | Contingent Unliquidated Disputed | $1,400,000.00 |
| 8. | Pyramid Acquisition II Management L.P.<br>One Post Office Square<br>Suite 3100<br>Boston, Massachusetts 02109<br>Tel: 617-412-2815<br>Fax: 617-412-2855<br>Attn: Christopher Devine | Contract | Unliquidated | $1,336,500.00 |
| 9. | MS Resort Holdings LLC<br>1585 Broadway<br>37th Floor<br>New York, New York<br>Tel: 212-761-4437<br>Fax: 212-761-0086<br>Attn: Vineet Sekhsaria | Trade | Unliquidated | $1,312,824.48 |
| 10. | Wyndham Worldwide<br>3700 Fox Hill Road<br>North Little Rock, Arkansas 72116<br>Tel: 501-791-4200<br>Fax: 501-491-4202<br>Attn: Sharon Ferguson | Advance Deposit | Unliquidated | $1,127,612.49 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 11. | Arizona Biltmore Hotel Villas Condominiums Association P.O. Box 39242 Phoenix, Arizona 85069-9242 Tel: 602-263-7772 Fax: 602-246-6674 Attn: Morrison Group, Inc. | Contract | Contingent Unliquidated Disputed | $1,012,500.00 |
| 12. | JPMorgan Chase P.O. Box 29063 Phoenix, Arizona 85038-9063 Tel: 212-270-6000 Fax: 212-270-1648 Attn: Legal Department | Trade | Unliquidated | $980,178.00 |
| 13. | Belfor USA Group, Inc. 23610 N. 20th Drive Suite 2 Phoenix, Arizona 85085 Tel: 623-434-4333 Fax: 623-434-1515 Attn: Warren Lindell  and  Belfor USA Group, Inc. 2365 Industrial Parkway West Hayward, California Tel: 510-887-9106 Fax: 510-887-9110 Attn: Tony Fowler | Contract | Unliquidated | $915,672.45 |
| 14. | RD Olson Construction, LP 2955 Main Street 3rd Floor Irvine, California 92614 Tel: 949-474-2001 Fax: 949-474-1534 Attn: William Wilhem | Contract | Unliquidated | $911,004.79 |
| 15. | In-N-Out Burger 4199 Campus Drive Suite 900 Irvine, California 92612 Tel: 949-509-6347 Fax: 949-509-6394 Attn: Mary Ann Kelley | Advance Deposit | Unliquidated | $836,000.69 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 16. | Zurich North America<br>8734 Paysphere Circle<br>Chicago, Illinois 60674<br>Tel: 847-413-5598<br>Fax: 877-962-2567<br>Attn: Dawn Schumacher | Insurance | Unliquidated | $692,079.00 |
| 17. | Borrego Resort Holdings<br>c/o Bertoni & Todd<br>430 Pacific Building<br>520 Southwest Yamhill Street<br>Portland, Oregon 97204<br>Tel: 503-243-2035<br>Fax: 503-243-6307<br>Attn: Richard W. Todd, Esq. | Membership Deposit | Unliquidated | $625,000.00 |
| 18. | Swank Audio Visuals, LLC<br>4037 Paysphere Circle<br>Chicago, Illinois 60674<br>Tel: 636-680-2815<br>Fax: 636-680-2865<br>Attn: Sandy Spencer | Trade | Unliquidated | $613,572.75 |
| 19. | Wailea MF-9 Associates<br>411 Huku Li'i Place<br>Suite 204<br>Kihei, Hawaii 96753<br>Tel: 808-891-8362<br>Fax: 808-891-8364<br>Attn: Martin Quill | Contract | Unliquidated | $567,248.67 |
| 20. | Desert Elite<br>78-401 – Highway 111<br>Suite G<br>La Quinta, California 92253-2066<br>Tel: 760-777-9920<br>Fax: 760-777-9918<br>Attn: Rancho Santana Account | Membership Deposit | Unliquidated | $450,000.00 |
| 21. | Department Of Water Supply<br>200 South High Street<br>Wailuku, Hawaii 96793-2155<br>Tel: 808-270-7730<br>Fax: 808-270-7951<br>Attn: Dave Taylor | Trade | Unliquidated | $448,357.40 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 22. | Gibson Dunn & Crutcher 333 South Grand Avenue Los Angeles, California 90071 Tel: 213-229-7465 Fax: 213-229-7520 Attn: Legal Department | Advance Deposit | Unliquidated | $379,303.80 |
| 23. | T&G Constructors Inc 8623 Commodity Circle Orlando, Florida 32819 Tel: 407-352-4443 Fax: 407-357-6678 Attn: David Grabosky | Contract | Unliquidated | $344,037.44 |
| 24. | Consolidated Supply c/o The GRA Group 1399 Lear Industrial Parkway Avon, Ohio 44011 Tel: 440-328-8587 Fax: 440-937-5187 Attn: John Rich | Advance Deposit | Unliquidated | $320,005.45 |
| 25. | Hospitality Staffing Solutions LLC 100 Glenridge Point Parkway Suite 400 Atlanta, Georgia 30342 Tel: 770-612-0054 Fax: 770-612-2675 Attn: Legal Department | Trade | Unliquidated | $312,866.35 |
| 26. | Liberty Mutual 175 Berkeley Street Boston, Massachusetts 02116 Tel: 617-357-9500 Fax: 617-350-7648 Attn: Kelly Bishop | Advance Deposit | Unliquidated | $300,000.00 |
| 27. | Cub Cadet c/o Navis, Inc. 31029 Center Ridge Road Cleveland, Ohio 44145 Tel: 440-899-0299 Fax: 440-899-0399 Attn: Linda Pratt | Advance Deposit | Unliquidated | $297,099.29 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 28. | Teodoro Obiang<br>3620 Sweetwater Mesa Road<br>Malibu, California 90264<br>Tel: 310-919-4279<br>Fax: 310-317-9752<br>Attn: Teodoro Obiang | Advance Deposit | Unliquidated | $286,945.65 |
| 29. | Craftsman Homes, Inc.<br>1157 N Red Gum Street<br>Anaheim, California 92806<br>Tel: 714-630-7685<br>Fax: 714-630-7683<br>Attn: Scott N. Shaddix | Membership Deposit | Unliquidated | $277,500.00 |
| 30. | Pyramid Project Management<br>One Post Office Square<br>Suite 3100<br>Boston, Massachusetts 02109<br>Tel: 617-412-2815<br>Fax: 617-412-2855<br>Attn: Christopher Devine | Contract | Unliquidated | $262,229.32 |

**DECLARATION UNDER PENALTY OF PERJURY**
**CONCERNING CONSOLIDATED CREDITOR LIST**

I declare under the penalty of perjury that I have read the foregoing consolidated list of creditors holding the 30 largest unsecured claims and that it is true and correct to the best of my information and belief.

Dated:  February 1, 2011

_/s/ Daniel Kamensky_

Daniel Kamensky

Authorized Signatory

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MSR RESORT GOLF COURSE LLC, | ) | Case No. 11-[_____] (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DECLARATION CONCERNING LIST OF CREDITORS[1]

Contemporaneously herewith, the above-captioned debtor and affiliated debtors in possession (collectively, the "Debtors") filed a motion requesting a waiver of the requirement for filing a list of creditors pursuant to sections 105(a), 342(a), and 521(a)(1) of chapter 11 of title 11 of the United States Code, Rules 1007(a)(1) and 2002(a), (f), and (l) of the Federal Rules of Bankruptcy Procedure, Rule 1007-1 of the Local Bankruptcy Rules for the Southern District of New York, and General Orders M-133, M-137, M-138, and M-192 of the United States Bankruptcy Court for the Southern District of New York. The Debtors propose to furnish their list of creditors to the proposed claims and noticing agent.

The list of creditors will contain only those creditors whose names and addresses were maintained in the Debtors' consolidated database or were otherwise ascertainable by the Debtors prior to the commencement of the cases. The schedules of liabilities to be subsequently filed should be consulted for a list of the Debtors' creditors that is comprehensive and current as of the date of the commencement of the Debtors' chapter 11 cases.

---

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.

**DECLARATION UNDER PENALTY OF PERJURY**
**CONCERNING LIST OF CREDITORS**

  I declare under the penalty of perjury that I have read the foregoing declaration concerning list of creditors and that it is true and correct to the best of my information and belief.

Dated:  February 1, 2011      */s/ Daniel Kamensky*_____
                Daniel Kamensky
                Authorized Signatory

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MSR RESORT GOLF COURSE LLC, | ) | Case No. 11-[_____] (___) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(3)

| Name and Last Known Address of Equity Interest Holder | Percentage of Interests Held | Kind of Interest |
|---|---|---|
| MSR Resort SPE GP LLC<br>c/o CNL-AB LLC<br>1251 Avenue of the Americas<br>New York, New York 10020 | 100% | Membership |

**DECLARATION UNDER PENALTY OF PERJURY**
**<u>CONCERNING LIST OF EQUITY SECURITY HOLDERS</u>**

      I declare under the penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: February 1, 2011

                    */s/ Daniel Kamensky*
                    Daniel Kamensky
                    Authorized Signatory

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MSR RESORT GOLF COURSE LLC, | ) Case No. 11-[_____] (___) |
| | ) |
| Debtor. | ) |
| | ) |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York, the following organizational charts identify all entities having a direct or indirect ownership interest of the above-captioned debtor in possession (the "<u>Debtor</u>") and any general or limited partnership or joint venture in which the Debtor owns an interest. The Debtor does not directly or indirectly own 10% or more of any class of a corporation whose securities are publicly traded.

# ORGANIZATIONAL CHART 1





**LEGEND**

Non-Debtor Subsidiary

Debtor Subsidiary Seeking Relief Under Chapter 11

CNL-AB LLC

100%

MS Resorts III, LLC

100%

MS Resorts II, LLC

100%

MS Resorts I, LLC

100%

100%

MSR Hotels & Resorts, Inc.

MS Resort Purchaser LLC

*To: Organizational Chart 2*

*To: Organizational Chart 3*

# ORGANIZATIONAL CHART 2

*To: Organizational Chart 1*



# ORGANIZATIONAL CHART 3



## DECLARATION UNDER PENALTY OF PERJURY
## CONCERNING CORPORATE OWNERSHIP STATEMENT

I declare under the penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: February 1, 2011

*/s/ Daniel Kamensky*
Daniel Kamensky
Authorized Signatory