ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Michael J. Canning
*michael.canning@aporter.com*
Anthony Boccanfuso
*anthony.boccanfuso@aporter.com*

-and-

555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Michael L. Bernstein (*pro hac vice* application pending)
*michael.bernstein@aporter.com*
Charles A. Malloy (*pro hac vice* application pending)
*charles.malloy@aporter.com*

*Counsel for Hilton Worldwide, Inc.
and 90210 Management Company, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MSR RESORT GOLF COURSE LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-10372 (SHL)<br>(Joint Administration Requested) |

**NOTICE OF APPEARANCE AND DEMAND
FOR NOTICES AND PAPERS OF ARNOLD & PORTER LLP
AS ATTORNEYS FOR HILTON WORLDWIDE, INC. (F/K/A HILTON HOTELS
CORPORATION) AND 90210 MANAGEMENT COMPANY, LLC**

**PLEASE TAKE NOTICE** that Hilton Worldwide, Inc. (f/k/a Hilton Hotels Corporation) and 90210 Management Company, LLC hereby appear in the case by counsel, Arnold & Porter LLP; such counsel hereby enters their appearance pursuant to Section 1109(b) of the Bankruptcy

52003998v1

Code and Federal Rule of Bankruptcy Procedure 9010(b); and such counsel hereby requests, pursuant, *inter alia*, to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case by given to and served upon:

> Michael J. Canning
> Anthony Boccanfuso
> ARNOLD & PORTER LLP
> 399 Park Avenue
> New York, New York 10022-4690
> Telephone: (212) 715-1000
> Facsimile: (212) 715-1399
> michael.canning@aporter.com
> anthony.boccanfuso@aporter.com
>
> -and-
>
> Michael L. Bernstein
> Charles A. Malloy
> ARNOLD & PORTER LLP
> 555 Twelfth Street, N.W.
> Washington, D.C. 20004-1206
> Telephone: (202) 942-5000
> Facsimile: (202) 942-5999
> michael.bernstein@aporter.com
> charles.malloy@aporter.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan of reorganization, disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the above-referenced case and any adversary proceedings or contested matters therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights of Hilton Worldwide, Inc. or 90210 Management Company, LLC (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceedings related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to contend that jurisdiction or venue in this Court is improper or inappropriate.

Dated    New York, New York
           February 7, 2011

Respectfully submitted,

ARNOLD & PORTER LLP

By:   /s/ Anthony Boccanfuso
      Michael J. Canning
      Anthony Boccanfuso
      399 Park Avenue
      New York, New York 10022-4690
      (212) 715-1000 (Telephone)
      (212) 715-1399 (Facsimile)
      michael.canning@aporter.com
      anthony.boccanfuso@aporter.com

-and-

Michael L. Bernstein
Charles A. Malloy
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
michael.bernstein@aporter.com
charles.malloy@aporter.com