UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              :   Chapter 11
                                                    :
**MSR Resort Golf Course LLC,**                     :   Case No. 11 B 10372 (SHL)
                                                    :
                              Debtors.              :   (Jointly Administered)
-----------------------------------------------------------x

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

    Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of MSR Resort Golf Course LLC, and affiliated debtors in possession.

1. Arizona Biltmore Hotel Villas Condominiums
   P. O. Box 39242
   Phoenix, Arizona 85069
   Attention: Mark Finney
   Telephone: (602) 263-7772
   Fax: (602) 246-6674

2. Kerry William Rose
   c/o The Cavanagh Law Firm
   1850 N. Central Avenue, #2400
   Phoenix, Arizona 85004
   Attention: Scott A. Rose, Esq.
   Telephone: (602) 321-9242
   Fax: (602) 322-4101

3. Stationary Engineers Local 39 Pension Trust Fund
   c/o Weinberg, Roger & Rosenfeld
   1001 Marina Village Parkway, Suite 200
   Alameda, California 94501
   Attention: Christian L. Rainer/Ezekiel D. Carder
   Telephone: (510) 337-1001
   Fax: (510) 337-1023

4.  Gourmet Foods Hawaii
    740 Kopke Street
    Honolulu, Hawaii 96819
    Attention: Shannon Piper, Owner
    Telephone: (808) 841-8071
    Fax: (808) 842-5093

5.  All Bright Cleaning Service, Inc.
    29865 Whispering Palms Tr.
    Cathedral City, California 92234
    Attention: Lisa Casavant
    Telephone: (760) 322-7660
    Fax: (760) 864-6684

Dated: New York, New York
       May 11, 2011

                           TRACY HOPE DAVIS
                           UNITED STATES TRUSTEE

By: /s/ Paul K. Schwartzberg
     Paul K. Schwartzberg
     Trial Attorney
     33 Whitehall Street, 21st Floor
     New York, New York  10004
     Tel. No. (212) 510-0500