James H.M. Sprayregen, P.C.
Paul M. Basta
Edward O. Sassower
Chad J. Husnick
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MSR RESORT GOLF COURSE LLC, *et al.*,[1] | ) | Case No. 11-10372 (SHL) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**PROPOSED AGENDA FOR HEARING ON MAY 26, 2011**

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number include: MSR Resort Golf Course LLC (7388); MSR Biltmore Resort, LP (5736); MSR Claremont Resort, LP (5787); MSR Desert Resort, LP (5850); MSR Grand Wailea Resort, LP (5708); MSR Resort Ancillary Tenant, LLC (9698); MSR Resort Biltmore Real Estate, Inc. (8464); MSR Resort Desert Real Estate, Inc. (9265); MSR Resort Hotel, LP (5558); MSR Resort Intermediate Mezz GP, LLC (3864); MSR Resort Intermediate Mezz LLC (7342); MSR Resort Intermediate Mezz, LP (3865); MSR Resort Intermediate MREP, LLC (9703); MSR Resort Lodging Tenant, LLC (9699); MSR Resort REP, LLC (9708); MSR Resort Senior Mezz GP, LLC (9969); MSR Resort Senior Mezz LLC (7348); MSR Resort Senior Mezz, LP (9971); MSR Resort Senior MREP, LLC (9707); MSR Resort Silver Properties, LP (5674); MSR Resort SPE GP II LLC (5611); MSR Resort SPE GP LLC (7349); MSR Resort Sub Intermediate Mezz GP, LLC (1186); MSR Resort Sub Intermediate Mezz LLC (7341); MSR Resort Sub Intermediate Mezz, LP (1187); MSR Resort Sub Intermediate MREP, LLC (9701); MSR Resort Sub Senior Mezz GP, LLC (9966); MSR Resort Sub Senior Mezz LLC (7347); MSR Resort Sub Senior Mezz, LP (9968); and MSR Resort Sub Senior MREP, LLC (9705). The location of the debtors' service address is: c/o CNL-AB LLC, 1251 Avenue of the Americas, New York, New York 10020.

| | |
|---|---|
| Time and Date of Hearing: | May 26, 2011, at 10:00 a.m., prevailing Eastern Time |
| Location of Hearing: | The Honorable Sean H. Lane, Bankruptcy Judge<br>Courtroom No. 701<br>United States Bankruptcy Court Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green<br>New York, New York 10004-1408 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and at the website of the Debtors' notice and claims agent, Kutzman Carson Consultants LLC ("KCC"), at http://www.kccllc.net/msresort. |

**A. Uncontested Matters.**

1. Exclusivity Extension Motion. Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 324].

    *Responses Received*:

    (a) Declaration of Saul Burian in Support of the Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof and the Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 326].

    *Related Documents*:

    (b) Stipulation and Proposed Bridge Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 335].

    *Status*: This matter is going forward for the purpose of presenting the proposed bridge order adjourning the hearing on this matter to June 28, 2011, at 10:00 a.m. (prevailing Eastern Time), extending the objection deadline to June 14, 2011, at 5:00 p.m. (prevailing Eastern Time), and extending the reply deadline to June 24, 2011, at 5:00 p.m. (prevailing Eastern Time).

2. <u>365(d)(4) Extension Motion</u>.  Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 325].

   *Responses Received*:

   (a) Declaration of Saul Burian in Support of the Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof and the Motion of MSR Resort Golf Course LLC, et al., for Entry of an Order Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 326].

   *Related Documents*:  None.

   *Status*:  This matter is going forward for the purpose of presenting the order attached to the motion.

**B.    Contested Matter.**

3. <u>OCUC Motion to Amend Final Cash Collateral Order</u>.  Emergency Motion for Relief from and/or an Amendment to the Final Cash Collateral Order Pursuant to Fed. R. Civ. P. 60(b)(6), the Guidelines for Financing Requests, Local Bankruptcy Rule 4001-2, and 11 U.S.C. §105(a) [Docket No. 325].

   *Responses Received*:

   (a) Debtors' Objection and Reservation of Rights to the Official Committee of Unsecured Creditors' Emergency Motion for Relief from and/or an Amendment to the Final Cash Collateral Order Pursuant to Fed. R. Civ. P. 60(b)(6), the Guidelines for Financing Requests, Local Bankruptcy Rule 4001-2, and 11 U.S.C. §105(a) [Docket No. 341].

   (b) Objection of Midland Loan Services, Inc., to Emergency Motion for Relief from and/or an Amendment to the Final Cash Collateral Order Pursuant to Fed. R. Civ. P. 60(b)(6), the Guidelines for Financing Requests, Local Bankruptcy Rule 4001-2, and 11 U.S.C. §105(a) [Docket No. 342].

   *Related Documents*:  None.

   *Status*:  This matter is going forward.

Dated: May 24, 2011                    */s/ Paul M. Basta*
New York, New York                    James H.M. Sprayregen, P.C.
                                      Paul M. Basta
                                      Edward O. Sassower
                                      Chad J. Husnick
                                      KIRKLAND & ELLIS LLP
                                      601 Lexington Avenue
                                      New York, New York 10022
                                      Telephone:    (212) 446-4800
                                      Facsimile:    (212) 446-4900

                                      *Counsel to the Debtors and Debtors in Possession*