Schuyler G. Carroll
PERKINS COIE LLP
30 Rockefeller Plaza, 25th Floor
New York, NY 10112

David M. Neff (*pro hac vice* pending)
Brian A. Audette (*pro hac vice* pending)
PERKINS COIE LLP
131 S. Dearborn, Street, Suite 1700
Chicago, IL 60603-5559

*Attorneys for Waldorf=Astoria Management LLC
and Hilton Worldwide, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MSR RESORT GOLF COURSE LLC, *et al.*, | Case No. 11-10372 (SHL) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that *Waldorf=Astoria Management LLC and Hilton Worldwide, Inc.* (together, referred to herein as "Waldorf/Hilton") hereby enter their appearance by and through their counsel, Perkins Coie LLP ("Counsel"), pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. § 1109(b), that copies of all notices and pleadings given or required to be given or filed in theses proceedings be served upon the parties listed below:

| | |
|---|---|
| Schuyler G. Carroll | David M. Neff |
| PERKINS COIE LLP | Brian A. Audette |
| 30 Rockefeller Plaza, 25th Floor | PERKINS COIE LLP |
| New York, NY 10112 | 131 S. Dearborn, Street, Suite 1700 |
| Phone: 212.262.6900 | Chicago, IL 60603-5559 |
| Fax:  212.977.1649 | Email: dneff@perkinscoie.com |
| Email: scarroll@perkinscoie.com | baudette@perkinscoie.com |

77545-0001/LEGAL20926936.1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, messenger, overnight mail, telephone, electronic mail, facsimile or otherwise, which may affect or seek to affect in any way any of Waldorf/Hilton's rights or interests and any other documents with respect to Debtors' property or proceeds thereof in which the Debtor may claim an interest, as filed in this bankruptcy case.

Dated: May 25, 2011

PERKINS COIE LLP

*/s/ Schuyler G. Carroll*
Schuyler G. Carroll
PERKINS COIE LLP
30 Rockefeller Plaza, 25th Floor
New York, NY 10112
Phone: 212.262.6900
Fax: 212.977.1649
scarroll@perkinscoie.com

David M. Neff (*pro hac vice* pending)
Brian A. Audette (*pro hac vice* pending)
PERKINS COIE LLP
131 S. Dearborn, Street, Suite 1700
Chicago, IL 60603-5559
Phone: 312.324.8400
Fax: 312.324.9400
dneff@perkinscoie.com
baudette@perkinscoie.com

*Attorneys for Waldorf=Astoria Management LLC and Hilton Worldwide, Inc.*