BINGHAM McCUTCHEN LLP
Michael J. Reilly
Erin K. Mautner
399 Park Avenue
New York, NY 10022
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378

-and-

Jonathan B. Alter
One State Street
Hartford, CT 06103
Telephone:  (860) 240-2700
Fax:  (860) 240-2800

*Counsel for La Quinta Member Representatives*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MSR RESORT GOLF COURSE LLC, *et al.*, | ) | Case No. 11-10372 (SHL) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**STATEMENT OF LA QUINTA MEMBER REPRESENTATIVES IN SUPPORT OF
MOTION OF MSR RESORT GOLF COURSE LLC, ET AL., FOR ENTRY OF AN
ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH ONLY THE
DEBTORS MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES
THEREOF**

---

The La Quinta Member Representatives (as defined below), of the La Quinta resort golf

clubs, by and through their undersigned counsel, submit this statement in support of the motion

(the "Motion") of MSR Resorts LLC, et al, (the "Debtors") for entry of an order extending the

exclusive periods ("Exclusivity") during which only the Debtors may file a chapter 11 plan and

solicit acceptances thereof, and respectfully state as follows:

A/74311808.3

1.      On February 1, 2011 (the "Petition Date"), the Debtors each filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors invest in and own

luxury resort properties and amenities, including the La Quinta Resort & Club PGA West ("La

Quinta") in La Quinta, California.

2.      At La Quinta, the Debtors operate two separate golf membership clubs, The Citrus

Club and The Club at PGA West ("PGA West" and together with The Citrus Club, the "Clubs")

on nine separate golf courses. The Clubs have over 2000 active and 600 resigned members (the

"Members"), each of whom is a party to an individual membership agreement (collectively, the

"Membership Agreements") with one or more of the Debtors that own and operate the La Quinta

resort. For the year ending 2010, the Clubs' collections on account of golf member initiation fees

and dues totaled approximately $21 million for PGA West and approximately $8 million for The

Citrus Club.  The Members also pay guest fees, and purchase food, beverage, and other services

from the Clubs and the resort.  Under the Membership Agreements, the Debtors have

approximately $185 million in aggregate face value contingent refund obligations due to

Members of both Clubs on account of the deposits that may become refundable under certain

circumstances.

3.      Shortly after the Petition Date, the Debtors approached the Club's Members to

commence discussions on the future of the Membership Agreements and the Clubs.  The Debtors

met with and provided information to The PGA West Members Association Board, its Ad Hoc

Bankruptcy Committee, and the PGA West Advisory Board of Governors (collectively, the

"PGA West Member Representatives") and The Citrus Club Advisory Board of Governors (the

"Citrus ABG" and together with the PGA West Member Representatives, the "La Quinta

Member Representatives") to facilitate discussions relating to a global deal to resolve issues at

the Clubs and relating to the possible rejection, assumption or modification of Membership

Agreements.  The Debtors and the La Quinta Member Representatives worked to strike a balance

between the Clubs' need for long-term financial stability and the Members' desire to maintain

the value of memberships and homes at the Clubs, and the premier quality experience of the

Clubs.

4.    In May 2011, the La Quinta Member Representatives and the Clubs reached a

compromise (the "Settlement Agreement") that would resolve outstanding claims of the

Members and secure the future of the Clubs.  The Settlement Agreement was heavily negotiated

and includes significant compromises on both sides that will ultimately strengthen the Clubs'

economic prospects and long term viability for the benefit of all stakeholders.  The Debtors'

Motion for Approval of the Settlement Agreement was filed on June 7, 2011 and is scheduled to

be heard the same day as the Motion.

5.    Section 1121(d) of the Bankruptcy Code permits a bankruptcy court to extend a

debtor's exclusive period to file a chapter 11 plan and solicit acceptances for "cause."  Various

factors are considered in deciding whether cause exists to extend a debtor's exclusive period.

*See*, *e.g.*, *In re Adelphia Commc'ns Corp.*, 336 B.R. 610, 674 (Bankr. S.D.N.Y. 2006) (citing *In*

*re Dow Corning Corp.*, 208 B.R. 661, 664 (Bankr. E.D. Mich. 1997)).  The Debtors'

negotiations with the La Quinta Member Representatives during the early stages of the

bankruptcy proceedings reflect on two of the factors normally considered:  (1) the existence of

good faith progress toward reorganization; and (2) whether the debtors have made progress in

negotiations with their creditors.

6.    The Debtors and the La Quinta Member Representatives negotiated in good faith

and worked to achieve a global resolution of issues with the Members, one of the Debtors'

significant creditor constituencies.  The parties worked efficiently and effectively to resolve many major issues that impact the Clubs' finances and the value of memberships.  If the Settlement Agreement is approved, then the Debtors will have preserved more than $29 million of revenue and resolved over $185 million of liabilities at La Quinta held by over 2600 contract creditors.

7.    For these reasons and for those set forth in the Motion, the La Quinta Member Representatives believe that cause exists to extend Exclusivity and that the extension of Exclusivity is in the best interests of the Debtors and their creditors.

WHEREFORE, the La Quinta Member Representatives request that the Court (i) grant the Motion; and (ii) order such other relief as the Court deems just, equitable and proper.

Dated: June 14, 2011
       New York, New York

BINGHAM McCUTCHEN LLP

By:   /s/ Michael J. Reilly_____
      Michael J. Reilly
      michael.reilly@bingham.com
      Erin K. Mautner
      erin.mautner@bingham.com
      399 Park Avenue
      New York, NY 10022
      Telephone:  (212) 705-7000
      Fax:  (212) 752-5378

      -and-

      Jonathan B. Alter
      jonathan.alter@bingham.com
      One State Street
      Hartford, CT 06103
      Telephone:  (860) 240-2700
      Fax:  (860) 240-2800

      *Counsel for La Quinta Member Representatives*