David M. Neff (*admitted pro hac vice*)
Brian A. Audette (*admitted pro hac vice*)
PERKINS COIE LLP
131 S. Dearborn St., Ste. 1700
Chicago, Illinois 60603
Telephone:    (312) 324-8400
Facsimile:    (312) 324-9400

- and -

Schuyler Carroll
PERKINS COIE LLP
30 Rockefeller Plaza, 25th Floor
New York, New York  10112
Telephone:    (212) 262-6905
Facsimile:    (212) 977-1636

*Counsel to Waldorf=Astoria Management LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| MSR RESORT GOLF COURSE LLC, *et al.*, | Case No. 11-10372 (SHL) |
| Debtors. | Jointly Administered |

# WALDORF=ASTORIA MANAGEMENT LLC's
## LIST OF ADMITTED TRIAL EXHIBITS
**(Trial Dates: June 27 and 29, July 2 and 3, and July 13, 2012)**

| Exhibit No. | Trial Transcript Reference | Description of Exhibit |
|---|---|---|
| W-A Tr. Ex. 1 | Trial Tr. at 121:4 | Articles/Press, January 17-18, 2006 regarding Waldorf=Astoria |
| W-A Tr. Ex. 2 | Trial Tr. at 128:20 | Guaranty between Manager and Hilton, as Guarantors, in favor of Owners dated January 31, 2006 |
| W-A Tr. Ex. 3 | Trial Tr. at 126:3-4 | Non-Disturbance and Attornment Agreement, *Grand Wailea Resort Hotel & Spa* |

| Exhibit No. | Trial Transcript Reference | Description of Exhibit |
|---|---|---|
| W-A Tr. Ex. 4 | Trial Tr. at 126:3-4 | Non-Disturbance and Attornment Agreement, *Arizona Biltmore Resort & Spa* |
| W-A Tr. Ex. 5 | Trial Tr. at 126:3-4 | Non-Disturbance and Attornment Agreement, *La Quinta Resort & Spa* |
| W-A Tr. Ex. 6 | Trial Tr. at 126:24-25 | Manager's Consent, Subordination of Management Agreement, and Non-Disturbance Agreement |
| W-A Tr. Ex. 7 | Trial Tr. at 126:24-25 | Manager's Consent, Subordination of Management Agreement, and Non-Disturbance Agreement (*First Mezzanine*) |
| W-A Tr. Ex. 8 | Trial Tr. at 126:24-25 | Manager's Consent, Subordination of Management Agreement, and Non-Disturbance Agreement (*Second Mezzanine*) |
| W-A Tr. Ex. 9 | Trial Tr. at 126:24-25 | Manager's Consent, Subordination of Management Agreement, and Non-Disturbance Agreement (*Third Mezzanine*) |
| W-A Tr. Ex. 10 | Trial Tr. at 126:24-25 | Manager's Consent, Subordination of Management Agreement, and Non-Disturbance Agreement (*Fourth Mezzanine*) |
| W-A Tr. Ex. 11 | Trial Tr. at 299:21 | Waldorf=Astoria advertisements/marketing materials |
| W-A Tr. Ex. 12 | Trial Tr. at 470:19 | Corporate Expense Estimate for the Management of Paulson Properties |
| W-A Tr. Ex. 13 | Trial Tr. at 186:6 | Summary of Fees – Grand Wailea, Biltmore, LaQuinta |
| W-A Tr. Ex. 14 | Trial Tr. at 650:20 | Grand Wailea 5 Year Capital Plan |
| W-A Tr. Ex. 15 | Trial Tr. at 1031:1 | Grand Wailea Entitlement Values Chart |
| W-A Tr. Ex. 16 | Trial Tr. at 1031:19 | Grand Wailea Entitlement Values Chart |
| W-A Tr. Ex. 17 | Trial Tr. at 666:18 | Graph – Grand Wailea Annual RPI Index |
| W-A Tr. Ex. 18 | Trial Tr. at 719:24 | Graph – Grand Wailea Group Booking Position |
| W-A Tr. Ex. 19 | Trial Tr. at 635:8 | Graph – Grand Wailea RevPar Index with Additions |
| W-A Tr. Ex. 20 | Trial Tr. at 669:9 | Graph – Grand Wailea Group and Transient Room Night History |

77545-0001/LEGAL24191372.1

| Exhibit No. | Trial Transcript Reference | Description of Exhibit |
|---|---|---|
| W-A Tr. Ex. 22 | Trial Tr. at 664:14 | Graph – Grand Wailea RevPar Rooms and Total Hotel Change |
| W-A Tr. Ex. 23 | Trial Tr. at 486:11-13 | Expert Report of Sean Hennessey |
| W-A Tr. Ex. 24 | Trial Tr. at 486:11-13 | Supplemental Expert Report of Sean Hennessey |
| W-A Tr. Ex. 25 | Trial Tr. at 765:22 | Expert Report of Roger Cline |
| W-A Tr. Ex. 26 | Noted -Trial Tr. at 807:17* | Supplemental Expert Report of Roger Cline |
| W-A Tr. Ex. 28 | Trial Tr. at 866:9 | ISO 10668 - Brand Valuation—Requirements for Monetary Brand Valuation |
| W-A Tr. Ex. 29 | Trial Tr. at 862:17 | HVS 2011 Hotel Franchise Fee Guide |

*All expert reports were admitted. *See* Trial Tr. at 485:14-486:10.

Notes:
- Debtors' Exhibit 11 admitted into evidence by D. Neff at Trial Tr. 280:13
- Debtors' Exhibit 35 admitted into evidence by D. Neff at Trial Tr. 1045:1
- Floyd Declaration – discussed at Trial Tr. 530:2-18 and 1169:12-1170:8, entered via separate order

-3-

## JOINT EXHIBITS ADMITTED INTO EVIDENCE

| Joint Exhibit No. | Trial Transcript Reference | Description of Exhibit |
|---|---|---|
| 1 | Trial Tr. at 101:25-102:4 | Arizona Biltmore Management Agreement |
| 2 | Trial Tr. at 101:25-102:4 | Grand Wailea Management Agreement |
| 3 | Trial Tr. at 101:25-102:4 | La Quinta Management Agreement |
| 4 | Trial Tr. at 101:25-102:4 | November 9, 2005 Investment Memo |
| 5 | Trial Tr. at 101:25-102:4 | Waldorf Astoria Forecast of Brand Sources and Uses of Funds |

77545-0001/LEGAL24191372.1